[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12076

Non-Argument Calendar

_____

STATESMAN GARDEN, LP,
a.k.a. The Statesman,

                                        Plaintiff-Appellee,

*versus*

SERETA BLACKMAN,
and All Other Occupants,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2                          Opinion of the Court                          24-12076

D.C. Docket No. 2:24-cv-00124-RWS

_____

Before ROSENBAUM, NEWSOM, and BRANCH, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Sereta Blackman, proceeding *pro se*, appeals from the district court's order remanding to state court a dispossessory action. We lack jurisdiction to review the remand order because it was based on the district court's lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c)-(d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.